**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Serguei Silaev, ) | No. CV 14-2551-PHX-JAT |
| )  Plaintiff, ) | **ORDER** |
| vs. ) | |
| Swiss-America Trading Corp., ) | |
| )  Defendant. ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Accordingly,

**IT IS ORDERED** that by December 30, 2014, Defendant shall file a supplement to the notice of removal properly alleging federal subject matter jurisdiction, or this case will be remanded for lack of federal subject matter jurisdiction.

**IT IS FURTHER ORDERED** that, within 30 days of the notice of removal, Plaintiff may move to remand because a resident defendant cannot remove a case to federal court based on diversity jurisdiction. 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed

1 if any of the parties in interest properly joined and served as defendants is a citizen of the
2 State in which such action is brought.").

3   DATED this 16th day of December, 2014.

James A. Teilborg
Senior United States District Judge